UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Case No.

JOHN P GENNETTI, JR.,
    Plaintiff

V.

JOSEPH D GENNETTI,
ERICKA HYAM,
    Defendants

## COMPLAINT

I. **The Parties to this Complaint**

  A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John P Gennetti Jr |
| Street Address | 227 Fayette St Apt 24A |
| City and County | Lowell, Middlesex |
| State and Zip Code | MA, 01852 |
| Telephone Number | (978) 430-2904 |
| E-mail Address | gino1616@yahoo.com |

  B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
| | |
|---|---|
| Name | Joseph Gennetti |
| Job or Title (if known) | Professor |
| Street Address | 586 Merrimack St, Apartment 4 |
| City and County | Lowell, Middlesex |

1

    State and Zip Code        01854
    Telephone Number        (617) 230-4589
    E-mail Address (if known)  joe.gennetti@comcast.net

Defendant No. 2
    Name                         Ericka Hyam
    Job or Title (if known)
    Street Address             586 Merrimack St, Apartment 4
    City and County          Lowell, Middlesex
    State and Zip Code       01854
    Telephone Number
    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)
    X Federal question             Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

animal abuse/neglect

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual
           The plaintiff, (name) N/A, is a citizen of the State of (name) N/A.

    b.  If the plaintiff is a corporation The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a.  If the defendant is an individual

    The defendant, (name) N/A, is a citizen of the State of (name) N/A. Or is a citizen of (foreign nation) N/A

    b.  If the defendant is a corporation

    The defendant, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A. Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain)

The amount sought in relief exceeds $75,000 in a separate suit. The plaintiff only seeks custody of the pets Freddie and Hank (canines) and Adrian and Gizmo (felines).

### III. Statement of Claim

I am filing this custody suit to go along with civil suit I am submitting at same time, as I seek to protect the dogs as this potentially goes to trial.

I am seeking custody of the following pets, Freddie and Hank (two canines) and Adrian and Gizmo (felines), all of whom Joseph is the legal owner. He is married to Ericka, but under information and belief, Joseph is the only one listed on legal papers as the pet's owner. I am seeking custody as I have been advised for four years, immediately by many in animal related careers as well as the Massachusetts Society for Prevention of Cruelty to Animals, who have advised that as well the past fours, really adamant I do so the last few years especially, for the protection of these pets, especially the two dogs who have suffered abuse and neglect.

3

Ericka Hyam, Joseph's wife, has a history of animal neglect and abuse. I witnessed one dog (Rosie) put to sleep despite Joseph paying a lot of money for the dog's care for her to get better. I was told by the vet the night before as I went to visit her at hospital, that the dog would be home within days, only to be told early the next day the dog had died. Everyone was told the dog passed on her own, and we later found out she was put to sleep. Ms. Hyam also told everyone about 6 different ways for the reason the dog got sick, and never the real one, because she was to blame because of something she did while intoxicated, which even Joseph will attest she often is, telling me constantly he would ask her to get help for her drinking and anger, and that only made her angrier.

Joe was upset he spent so much money to help a dog she brought into the house, and that the dog was put down anyway (after she was better) in what seemed a predetermined decision. But immediately she convinced him to lie to everyone as often the case, and other family members will testify her verbal abuse and manipulation of him as they spoke to him about it as it began as soon as they were married, about 6 months before all this began (her stealing another dog to hide what she did to that one, as well as the others).

The reason Ms. Hyam wanted no one to know the dog was put down and she was to blame it had gotten sick to begin with (I took grief from both animal rescue league and humane society, because I did not report how the dog died or the cover up of it, but in my defense I felt an accident, although senseless, and knew nothing of her history or what was to come with future dogs) was because Rosie was the 3rd dog she had to put to sleep in under 5 years, something she blurted out drunk, and giving away the dog did not pass on its own as all were told. Ericka turned on me as soon as Rosie died, as she knew I knew why Rosie got sick and I am guessing considered me a threat to her history of animal abuse and neglect coming out. And that is also when she became horrible to future dogs involved, and many in law even said later "she hurts the dogs in anger of me (knowing I love them) and Joseph allows it as he is terrified of her" (again something family who saw it will testify they saw).

Joseph adopted a dog (Ericka, despite tight with the shelter and there at the time was not allowed on adoption papers, and fact that later she wasn't allowed on the papers of a cat she brought into the house, makes all believe she was barred from having pets, something Joe didn't deny when called out on, and perhaps another reason Rosie was put down needlessly, to cover she was illegal, something Northeast is known for, both adopting to whoever they want as Animal Rescue League said, and bringing the dogs up illegally). Freddie became a support dog to me for my health condition, knowing whenever had pain and comforting me. She was terrible to this dog from start, screaming at him just when he was in to visit me, and pinning him on the couch so he had to stay with her, him crying. But in time it grew worse.

All could see the dog was sick and in pain as it struggled to climb on bed, couches and up stairs, and barely moved. Whenever I asked if he could get to vet (even offering to pay or take him if time or money were an issue-they were not) she refused, and even went as far as not allowing Joe to take him as she only wanted her taking him to her vet over an hour away (which was cruel she made him see one that far as is as he was terrified and vomited in car, and especially when the other three pets saw one right up the street, only Freddie not allowed to, and all found it suspicious Freddie had to see this one that even Joseph said he didn't like because they lied throughout to make sure no one investigated). Not only did she deny Freddie care, saying she'd take him in Spring (when it was Fall, and she had more time, yet always time to drink or lay hungover all day and the dog suffered), daily I saw her scream, drag and choke the dog to go running as he would cry and try to hide as he knew running caused him pain. I

would beg her at least not to run him until he saw a vet, and this plea was ignored, just like me just asking if I could get him to the vet or him be taken.

When I was finally able to convince Joseph to stand up to her and get the dog to the vet, he had Lyme disease and heart worms so bad they didn't know if he would make it and had to do x-rays to see if he had any chance. Yet, in one of her early false charges tries on me she says in court the dog had early stages of heart worms. Vet records if ever released or this vet who cared for him that day would say differently, as the vet and staff thanked me for saving his life (as did Joseph) saying if it went even another month he wouldn't have made it.

As she showed no care for the dog, doing all we were asked not to as it could kill him during his treatment, and showing she was hiding something getting angry after Joseph asked me to call the vet once, with no care for the dog, I started to ask friends in animal careers advice and all advised I needed to go for custody to protect the dog from hurting him more or costing another dog its life.

Instead, as I never sought custody and only hoped for a say in his care so I would never see him suffer like that (over a year until he almost died) again, I asked Joseph if I could register him as a support dog legally (not knowing until later when MSPCA and others said he already was if people will testify he did that for me). Ericka broke into his phone as always, saw that, waited for us all to leave, pretending to leave for work but staying near and immediately sneaking back in to steal him. She left the cat behind that she brought into the house as that cat posed no threat to her history exposed or getting in trouble, only the dog did. Even Joseph made note of that.

And immediately after she stole the dog her attacks on me to try and get me labelled things I am not so no one would believe me on the animal abuse or look into it, began, starting with the day after and a wellbeing try where 4 cruisers followed me into driveway, showing just how bad the things she was falsely claiming were. Later there was phony restraining order try, false arrest, section try after they stole mail from a state rep supporting the fight for the dog, all dismissed. The defamation began days after she took him and hit 100's of people, as well as threats, harassment, physical and verbal assaults by people she lied to, threatened if law got involved at all, I would be sorry, as well as I would be sorry I hired a lawyer when she tried restraining order. She attacked my known health condition, and false charges led to missed diagnosis because of missed tests to go to court for things I didn't do. This caused me to get so sick doctors will testify they worried I would die and cost me everything I owned including my car when I got too sick to pay for it or storage all my belongings were moved to. This also led in delays in care for both the tumors they were delayed in fining and my routine care I need to survive, and with no one to call for rides because she destroyed my name to all.

And this whole time not only did I not have a support dog comforting me for my pain, but on the other extreme, worried about his wellbeing endlessly, seeing all she was doing to him. Friends feel she purposely posted pictures online of him doing the things we were told by vet not to as it put his life at risk, them believing she was taunting as she knew what worry would do to my health.

I will list on a separate document all the horrible, cruel things I have seen this dog be put through but it includes letting go hungry so bad joseph started sneaking him to me (she didn't want me near him as she tried to hide the abuse) to take pictures to try to get him help as he was so scared of her. He was delayed medicine, delayed care (if he got any at all, as she stopped his heart worm treatment halfway through, which every vet said was dangerous). I've seen his leg give out when walking, him pass out many times after becoming disoriented and after little exercise used, sometimes just his excitement of

seeing me, and that scares me as she stopped his care and I wonder if still battling heart worms. He is skittish, terrified when you go to pat him. And I watch his heart broken every week as he tries to come with me and the new dog and then just stares back at us when driven back to her.

Joseph adopted a new dog which he admitted many times he bought hoping I'd fall in love with him and forget Freddie, which I find disturbed he would think I would ever forget Freddie. Of course, I fell in love with new dog, doesn't mean I'd forget Freddie, especially all the times he was there for me, and all I saw done to him. I don't know what to think of Joseph in this all as he could have stopped it all along, just as everyone says when blaming him as they are his dogs. But he says things like he bought the dog as gift for her, yet knows how bad she hurt him, and allows it like it is more prideful to let a dog be hurt to prove your love than get him safe. Yet he has said all along an investigation should have happened for the dog's sake. But then will deny a lawyer asking him if I could pay for him to see same vet as others just for second opinion and told another "I don't get it, he's just a dog. He can go get another." Like it doesn't matter all that was done to him as he is just a dog.

The new dog, Hank also was now put in harm's way. I get him half the week in Joe's attempt to get me to stop fighting to help Freddie I think, and again, I see Freddie's heart broken every week, and all wonder why he can't come days Hank does. The answer is obvious: she is hiding the abuse and fears I get Freddie somewhere to prove that somehow or to a vet and they are hit with neglect charges, while the dog suffers. Also: in her mind I am the bad guy just for asking to make him a support dog as despite he barred, he is a possession to her. That is worse to her than almost killing him. Even after getting caught lying in court, she said she was willing to discuss supervised visits for me and Freddie, as she wanted all to believe I was the danger to him, despite me saving his life and her letting him suffer until almost costing it.

Friends whose garage I was staying in wanted to go to police after the shape Hank was returned in one week. He had a big gash on his nose, a story for it that Joseph was trying hard to get himself to believe yet alone me, and later proved to be a lie as I thought from start. He went from easy going to terrified to be left alone now when I went to work, and nightmares, convulsions, twitching and seizures began right after that. And a trip to vet showed he had a bruised leg too.

He is often returned with cuts and sore, and every week (others have even said it) he leaves to go with them all excited and comes back both depressed (as I was told Freddie is too when split, and again no reason but trying to hide the neglect and her abuse history), and attacking me in defense while asleep if startled at all, to the point I have to sleep in separate bed of him so not to, and kills me as he has no idea he does it and looks at me confused why I move to separate bed when he lays right down next to me.

Joe ignored me over a year when I tell him Hank is having seizures (he sees it too as I am sure not just happening with me). Most feel he is again just trying to sweep her abuse of another dog under the rug. He ignores he has a sore jaw and even refuses to get his anal glands expressed, saying can't afford it when it is $25 and days before a trip they are taking all over the country, and after a year of traveling all over, while the pets are denied care. The MSPCA starts saying there are many flags regarding Freddie, like he is only one who has to see that vet despite his fear and terror in the car, and especially during his treatment as that could have killed him so why did the vet not advise he see one closer at least during that? Another is his refusal to let me pay for Freddie to see same vet others do, for second opinion, as they joined others including many vets and the lawyer who made that call asking him that, believing they are afraid of being hit with neglect charges. And when they go away the three other pets come here while Freddie is only who goes elsewhere and far away as they are terrified I get him to vet and

they face neglect charges. One more is Joe yelling at a vet to throw out the urine sample after they offered to test Freddie's as a favor to see if positive for heart worms still or anything else, so I would know I need to act to help him. The MSPCA still throughout advises me get the dog safe by support dog route or says on me to get it into court for custody, never wanting to investigate for some reason (never even physically going to look at the dog and getting caught lying to a politician saying that they had). But either way, the MSPCA was adamant I seek custody or try support dog route.

As far as support dog route to get Freddie safe home, they said it looked good on me that I only asked that just because I cared. And it looked bad on her because she knew he was one to me (even says it in court transcript) and it looks malicious taking off with him knowing I needed him and her not the owner, as well as selfish towards the dog to take him from he loved during his treatment (something we were told not to, and to keep him where he was most comfortable during it as that is important and she took off within like a week, just to cover all she did to him and the other dogs). And they added it looks suspicious and that she is trying to hide something by stealing him like that.

I asked Joe if I could take Hank to be checked for diabetes and he said OK, as he would not have let me if I said seizures. At the vet, the vet herself said immediately to the dog "someone is hurting you huh?" They did suspect seizures and eventually he had to go to a specialist and my brother was furious yelling "I thought you said they said it wasn't seizures?" This day, I paid all I had as I was living off SSI since I got sick and was short a few hundred to get blood tested from Hank that was just drawn to rule out cancer and see if diabetes. They were upset watching me pay asking why I was paying for his dog, and more so when they saw me try to overdraft my account and fail to get credit since mine was bad since losing car, again asking why I was paying. I said I would ask Joe to pay the balance so we could send the blood work in, and they were even more upset when I had to call back saying he wouldn't, and I would have to have it drawn again next month when I got more. And now my buddy would wait a month to rule those things out and start getting better once they knew what it was, and I was a mess worrying it ever could be cancer.

Joe said when I asked, he couldn't afford until he sold the house (as again, and everyone commented must be nice, they vacationed everywhere). I have no issue with that, just the pets being neglected care. Days later he tells me paid $3,000 emergency for her cat. No issue with that, but what about the dogs? He couldn't pay the $200 to rule out cancer and help the dog saying no money and pays $3,000 for her cat. Again, people think either he refused to as covering her, or she demanded he doesn't, trying to hide her abuse. And a week or so later, a box of cat treats for that cat shows up that he says costs $300 and they arrive every other week. What about the dogs? And another cat (not one she brought in) who I saw has been denied care for years (routine shots) as the vet has been sending me copies of all bills and appointment reminders, knowing the others are being neglected and trying to help. Joseph also tells me Ericka and a new vet at the one who has been lying for her or whatever reason so no one looked into it, have words as Ericka tells her Freddie's leg is tender in one spot and says not to touch. The vet, suspicious, does, and Ericka screams at her. So, add them to the 4 others who suspect he is being hurt (both dogs) and trying to help and not given chance.

One thing that infuriated many hearing it (and I was not one spreading it around, that was others who were upset), is Ericka refused to change the weekend they had plans to go hiking as the weather was going to be about 105 and forecasters warned humans to stay inside in AC out of, yet alone dogs covered in fur. Joseph asked her to change it and she refused again showing no regard for the dogs and only caring about her good time. When they returned Freddie after a few minutes at park where we

7

met, drank two bowls of water, struggled to climb in car as he looked confused and collapsed. A vet said it sounded like a heat seizure. Hank, who was healthy at that time, didn't move for a day after.

As I said, I will attach a document listening all I saw, all others are waiting to testify they saw, all that will be on vet records or other vets waiting to testify too, all MSPCA called red flags, and records showing only that cat gets care and not the others.

I do not think Joseph hurts the dogs. I do think the two residents at my apartment complex who were upset saying they saw him jerk Freddie's leash so hard they thought he'd break his neck, as they waited for Hank and I and he got excited, barking, are telling the truth. As I have seen that once too and said something that he was going to break the dog's neck. But I think maybe it was just jerk reactions (although not right). But I don't think he hurts the dogs. But I do feel is too afraid of her (even more so as they live alone together and no one else to witness her abuse and controlling of him so all think it is even worse) and has many times not stopped her from hurting them, and even lied for her to cover why and how one dog died. He has made comments to me like when I heard that shelter had it out for me and I started being harassed, and asked him to keep close eye on dogs, he said "I warned you to knock it off.", gave away he knew she was talking to the shelter and they were both behind harassments and threats to me, and I just don't trust him to prevent her or anyone from hurting the dogs to try and cover they are illegal and the abuse and neglect.

And why I am seeking custody. I hope all I can prove between the abuse, neglect, vet records, testimonies, etc. as well as all they tried on me falsely and proven lies and dismissed, as well as her threatening, trying to get me harmed as she has a history of, is enough to show these dogs are not safe with him as the owner and her near them.

It also has done a number on my health not having Freddie there for my pain. And then the other extreme, worrying about him endlessly as I saw all she did to him with no care. I still feel he is battling a health issue (possibly heart worms as she never completed his treatment) as he tires easily and looks thin as well as is hungry again. I have seen him vomit a lot too and Joe seeming nervous at the fact I witnessed it, more than he did. And now for two years, every weekend when they have both is endless worry this will be the weekend they do something stupid and harm them to cover up all the abuse, neglect, and all else regarding the other places involved.

## IV. Relief

All I am seeking is custody of the four pets for their protection. There is sperate civil suits where we are seeking monetary damages for false charges and all else done to me, but in this suit, all I will be seeking is custody of the pets, something I was advised to do for the dogs long ago. As mentioned, I never sought possession of the pets or custody, but do now as I see Freddie hungry again, Hank attacking me more viciously in his sleep when startled every week after returned, and because I know they are at great risk once they are served and this heads to court, as they will be desperate to cover the abuse, neglect, as well as they are illegally up from south in illegal ring and illegal adoptions. (I can prove without a doubt Freddie is) and I fear there a few different people who could try to harm the dogs to try to cover that up, or even in retaliation of me for never giving up fighting to help them and going away as their scare tactics tried to make happen. Also, that she could think handing them to another place to harm or put down gets her off the hook for her abuse and neglect, and he is too scared to stop it, and

maybe even would go along as he could face trouble for allowing it. He said once as I waited for an estimate on x-rays on Hank about the cancer scare, "it comes a time where we have to decide if we could afford it." This is a 5-year-old dog being discussed and not terminally ill where it would be a humane thing, just hoping to rule out something. I promised him I would raise whatever it takes to get him care as both dogs are always there for me, and that scared me see just how little he cared for them and could ever think that and that he maybe would allow it, and why I seek custody. **Not just to get them out of harm's way (both what is being done to them now, but potential danger they could be in as they try to hide the abuse/neglect and illegal activity they came from), but also get them the vet care they need and deserve.**

And as mentioned, I am just doing what the MSPCA has advised all along for the safety and wellbeing of the dogs, as have many others in animal careers. I do rely on the dogs, who I have various documents to show they are support dogs for me, including one written by Joseph, as well as many who will testify to that, and the MSPCA advising that route too, at the time, to try and help get Freddie back home safe, and as much as I need them for my health condition/pain, my biggest concern in seeking custody is getting them out of harm's way/any future danger once this all goes to court as they try to hide the abuse and that the dogs came up through illegal ways (both them trying to cover up the abuse and neglect as well as places tied into the illegal trafficking and adoptions trying to cover up that) and get them the vet's care they need. Getting custody prevents anyone from being able to harm them, as well as allows me to take them to the vet to get treated.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related paper may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of signing: | 2/15/22 |
| Signature of Plaintiff | */s/ John P Gennetti Jr* |
| Printed Name of Plaintiff | John P Gennetti Jr |

Plaintiff reserves his right to file additional counts.

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes demand for trial by jury on all issues so triable, if possible.